# SHORT TERM DISABILITY, LONG TERM DISABILITY or DISABILITY INCOME INSURANCE RETAINER AGREEMENT

I, Derek Strain, hereby employ Eric Buchanan & Associates, PLLC and Scott M. Riemer to represent my interests in my claims against RadioShack Corporation, Unum Life Insurance Company of America, and/or anyone else I may have a claim against for Short Term Disability, Long Term Disability and/or Disability Income Insurance benefits, such representation specifically excludes any and all claims that I may have for Social Security Disability benefits, under the following terms and conditions:

## FEE FOR LEGAL SERVICES

The terms and conditions of this contract shall remain valid through the litigation of this claim.

*If I am awarded back benefits and/or continued periodic benefits:*

I agree that I will pay Eric Buchanan & Associates, PLLC and Scott M. Riemer **40%** of any payment **of back benefits** actually paid to me or received by me or my attorney on my behalf, should my claim be resolved by payment of back benefit plus continuing periodic payments under my plan or policy; further, I agree to pay **20%** of my periodic check as they are paid in the future as payment for legal services on my claim for getting my benefits paid or resumed. If my benefits are discontinued and Eric Buchanan & Associates, PLLC and Scott M. Riemer again represents me on my claim to have my benefits re-started, I understand that will be a new case, with a new contract and a new fee for that separate representation.

*If I am awarded a lump-sum:*

If I am awarded a lump-sum (including an award or settlement of past and future benefits, whether paid in whole or reduced for purposes of settlement), I agree to pay **33 and 1/3% of any such lump sum**, for legal services on my claim.

*The "award" includes money recovered and debts reduced:*

Payment of benefits includes any benefits paid to me or credited to any overpayment debt I have with the insurance carrier or plan. For example, if I owe back benefits to the insurance carrier because of any social security benefits I was previously awarded, the fee I owe my attorney for winning my disability claim shall be based on the amount of back benefits I am awarded by the insurance carrier, including any amount not paid to me in cash because it is used to pay off my overpayment of benefits created by a social security offset, it is specifically agreed however that such offset shall not be greater than the net social security benefit after deducting attorneys fees and expenses incurred in connection with obtaining social security benefits.

"Payment" or "award" includes any payment of past due benefits (calculated before taxes are withheld), settlement for a lump sum, or release of overpayment obligation, whether by court order or

judgment, settlement agreement, or payment by the insurance company, plan or other obligor.

### *If I am paid interim benefits:*

I further agree that if Eric Buchanan & Associates, PLLC and Scott M. Riemer, have performed work on my claim as my legal representative and the insurance company pays or begins to pay me interim benefits but still disputes part of my claim (under a reservation of right or similar stipulation) and I desire that Eric Buchanan & Associates, PLLC and Scott M. Riemer continue representing me, the amount of any interim benefits paid shall be included as part of the recovered monies out of which a fee will be charged. I agree that should I receive interim benefits as discussed in this paragraph, and desire Eric Buchanan & Associates, PLLC and Scott M. Riemer to continue to represent me, I will pay 40% of any interim benefits received to Eric Buchanan & Associates, PLLC and Scott M. Riemer to be placed in a Trust Account until a final settlement or decision on this claim is made. When a final settlement or decision is made on this claim, the fee placed in the Trust Account will be applied toward any fee I owe.

### *If I am awarded attorneys fees by a court:*

I understand that sometimes the courts are willing to award attorney's fees under ERISA, state bad faith insurance law or other applicable law. I agree that any award of attorney's fees granted by the court shall be paid to Eric Buchanan & Associates, PLLC and Scott M. Riemer. I understand that I will receive credit toward the agreed-to fee under this contract for any fee that is awarded by a court.

### **REIMBURSEMENT FOR EXPENSES**:

I agree to pay the actual out of pocket expenses reasonably incurred by my attorney on my behalf, which shall include court fees, doctor's reports, witness fees, court reporter fees. I understand and agree that such costs which are necessary for the prosecution of this claim can be advanced on my behalf by Eric Buchanan & Associates, PLLC and Scott M. Riemer or such other law firm as it may designate for that purpose; that, at the time of settlement, upon conclusion of the litigation, I shall reimburse said attorneys for all such expenses advanced on my behalf. In addition, any expenses, such as statements, invoices, or similar requests for payment, received by Eric Buchanan & Associates, PLLC and Scott M. Riemer after settlement or conclusion of litigation and disbursement of settlement proceeds are my responsibility and shall be paid by me immediately upon receipt of same forwarded to me by Eric Buchanan & Associates, PLLC and Scott M. Riemer Eric Buchanan & Associates, PLLC and Scott M. Riemer or such other law firm will not incur costs or expenses in aggregate in excess of $2500.00 without first notifying me and obtaining my consent..

I will not have to pay a fee, only expenses, if I do not win, unless I withdraw without cause against advice of counsel. Expenses due at the conclusion of the lawsuit shall be paid out of my (the client's) portion of the award or settlement.

If there is a dispute over the attorney's fees or expenses incurred, it is agreed that the non-prevailing party in any ensuing litigation will be responsible for the attorneys fees and actual costs incurred by the prevailing party in such litigation.

## CONDUCT OF CLAIM/LITIGATION:

I understand that any decision to settle or dismiss my claim or lawsuit shall be made by me and the firm of Eric Buchanan & Associates, PLLC and Scott M. Riemer in joint consultation. I further understand that no amounts shall be obtained in any pre-litigation negotiations until my approval is first obtained. I understand that no settlement of my claim will be made without my prior and express authorization. I understand that the attorney at Eric Buchanan & Associates, PLLC and Scott M. Riemer will exercise his or her legal judgment to act as my legal representative and will have the authority to decide what legal strategy, tactics and procedures are in my best interest. All of the above notwithstanding, if I am out of contact with my attorneys, and fail to respond to attempts to contact me within a reasonable time (which is normally 15 days, but may be less if a deadline is approaching), then I authorize Eric Buchanan & Associates, PLLC and Scott M. Riemer to take such action as they deem appropriate and in my best interest.

If at any time I discharge Eric Buchanan & Associates, PLLC and Scott M. Riemer without cause prior to the conclusion of the claim, without the agreement of Eric Buchanan & Associates, PLLC and Scott M. Riemer, I agree they may assert a lien on the claim for their time at any hourly rate of **$525.00** an hour for work performed by Eric Buchanan, **$375.00** an hour for work performed by any other attorney at Eric Buchanan & Associates, PLLC and Scott M. Riemer, and **$120.00** per hour for paralegal time. If I withdraw my claim without cause and against the advice of Eric Buchanan & Associates, PLLC and Scott M. Riemer and thus do not receive a judgment or settlement that I otherwise had a chance of receiving, then I agree to pay Eric Buchanan & Associates, PLLC and Scott M. Riemer the quantum meruit value of their services at the hourly rates quoted above.

## TERMINATION OF REPRESENTATION:

I understand that in the event Eric Buchanan & Associates, PLLC and Scott M. Riemer determine that in their professional judgment the lawsuit or other matter described above should be dismissed, settled, or otherwise disposed of, and I do not agree or consent to such disposition, Eric Buchanan & Associates, PLLC and Scott M. Riemer reserves the right to withdraw as counsel in this matter, subject to court approval, if such Court approval is necessary. I further understand that Eric Buchanan & Associates, PLLC and Scott M. Riemer may withdraw as counsel in this matter for any other good and valid reasons, including if I fail to cooperate or fail to follow the firm's advice or insists that the firm does something illegal or unethical. In the event that Eric Buchanan & Associates, PLLC and Scott M. Riemer withdraws, I am solely responsible for locating other counsel, and no fee for legal services shall be due, other than the out of pocket costs already actually incurred.

## PERMISSION TO PROVIDE CONFIDENTIAL INFORMATION TO ADVANCE MY CASE

Eric Buchanan & Associates, PLLC and Scott M. Riemer, their associates and their employees have my permission to disclose confidential information about me, obtained from me, from medical, psychiatric, and psychological records, or from any other source, as Eric Buchanan & Associates, PLLC and Scott M. Riemer, their associates or their employees see fit in their discretion to disclose to others in the interest of advancing my case.

## SCOPE OF REPRESENTATION: NO TAX ADVICE GIVEN

I understand that Eric Buchanan & Associates, PLLC and Scott M. Riemer, their associates or their employees are not tax attorneys, and will not provide legal advice on taxation of my benefits. I agree to consult with a tax attorney or other appropriate tax professional if I have and questions about the taxability of my benefits.

I hereby acknowledge that I am authorized to enter into this agreement, and that I have read, understand and agree to the terms of this agreement.

_____  
Derek Strain

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  
Social Security Number

02/16/2011  
Date

_____  
Eric Buchanan & Associates, PLLC

2/23/11  
Date

_____  
Scott M. Riemer

2/18/11  
Date